Thomas J. Tedesco, Esq. (California SBN 139401)
**LAW OFFICES OF THOMAS J. TEDESCO**
1855 W. Katella Avenue, Suite 365
Orange, California 92867
(714) 771-1693  Telephone
(714) 771-2689  Facsimile

Attorney for Defendants,
Marut Enterprises, LLC and
Brett C. Marut

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAOS COMMERCE, INC., | Civil Action No. 1:13-cv-04263-DLI-RML |
| Plaintiff, | **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| vs. | |
| MARUT ENTERPRISES, LLC, | |
| and | |
| BRETT C. MARUT | |
| Defendants. | |

TO:   David Fink
      Fink & Johnson
      7519 Apache Plume
      Houston, TX 77071
      Federallitigationlaw@gmail.com

- 1 -

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

- 2 -

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of THE LAW OFFICES OF THOMAS J. TEDESCO and a member in good standing of the Bar of the State of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendants Marut Enterprises, LLC and Brett C. Marut. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Thomas J. Tedesco, Esq.

/s/ Thomas Tedesco

LAW OFFICES OF THOMAS J. TEDESCO
1855 W. Katella Avenue, Suite 365
Orange, California 92867
(714) 771-1693  Telephone
(714) 771-2689  Facsimile
ttedesco@pacbell.net

Dated: September 10, 2013