**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　　TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 28, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, THOMAS JAMES TEDESCO, #139401 was admitted to the practice of law in this state by the Supreme Court of California on February 22, 1989; that from that date of his admission to July 19, 1993, he was an ACTIVE member of the State Bar of California; that on July 19, 1993, he was enrolled as an INACTIVE member of the State Bar of California for failure to comply with minimum continuing legal education requirements; that on October 30, 1993, he was reinstated as a member eligible to practice law in California; that he has been since that date, and is at date hereof, an ACTIVE member of the State of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records