1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

CHAOS COMMERCE, INC.,

     Plaintiff,

     vs.

MARUT ENTERPRISES, LLC

     and

BRETT C. MARUT,

     Defendants.
_____

Civil Action No. 13-CV-04263

**NOTICE TO DISMISS WITHOUT PREJUDICE UNDER FED. CIV. P. 41 ((a) (1) (A)**

     NOW COMES Plaintiff, CHAOS COMMERCE, INC., through its attorney, and files this Notice to Dismiss With Prejudice both of the Defendants MARUT ENTERPRISES, LLC and BRETT C. MARUT under Fed. R. Civ. P. 41 (a) (1) (A).

It is respectfully pointed out that neither of the Defendants has entered a response to the Complaint.

CHAOS COMMERCE, INC.


/S/ David Fink
David Fink
DF4238
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Attorney for Plaintiff


IT IS SO ORDERED:

Date:

_____
U.S. DISTRICT JUDGE